**Michael W. WALKER, Plaintiff–Appellant,**

v.

**John E. POTTER, United States Postmaster General, Defendant–Appellee.**

No. 02–1816.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 4, 2003.

Gary Diamond, Waldman & Diamond, Chartered, Kensington, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Paul E. Soeffing, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael W. Walker appeals the district court's order granting summary judgment to the Defendant on his claim under the Rehabilitation Act of 1973, 29 U.S.C. § 791 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Walker v. Henderson*, No. CA–01–1348–DKC (D. Md. June 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*